Rayma Church, No. 154897
E-Mail: rchurch@lawecs.com
LAW OFFICES OF
EMERSON, COREY, SORENSEN,
  CHURCH & YOHMAN
2520 WEST SHAW LANE, Suite 102
FRESNO, CALIFORNIA  93711-2765
Telephone  (559) 432-7641
 Facsimile   (559) 432-7639

Attorneys for Plaintiff, HOLLY NAUS


DANIEL J. CRAVENS, Bar No. 207859
E-Mail: dcravens@littler.com
KHATEREH SAGE FAHIMI, Bar No. 252152
E-Mail: sfahimi@littler.com
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302
Fresno, CA  93704.2225
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant HENRY SCHEIN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY NAUS,<br><br>            Plaintiff,<br><br>    v.<br><br>HENRY SCHEIN, INC.,<br><br>            Defendant. | Case No.  2:08-CV-02497-LKK-DAD<br><br>**STIPULATION AND ORDER RE: PROTECTIVE ORDER** |

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

1. In connection with discovery proceedings in this action, the parties may designate any document, thing, material, testimony or other information derived therefrom, as "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order"). Confidential information is information which has not been made public and which concerns or

1  relates to the processes, operations, type or work, or apparatus, or to the production, sales,
2  shipments, purchases, transfers, identification of customers, inventories, amount or source of any
3  income, profits, losses, or expenditures of any persons, firm, partnership, corporation, or other
4  organization, the disclosure of which information may have the effect of causing harm to the
5  competitive position of the person, firm, partnership, corporation, or to the organization from which
6  the information was obtained.

7  2. By designating a document, thing, material, testimony or other information
8  derived therefrom as "confidential," under the terms of this order, the party making the designation
9  is certifying to the court that there is a good faith basis both in law and in fact for the designation
10 within the meaning of Federal Rule of Civil Procedure 26(g). Confidential documents shall be so
11 designated by stamping copies of the document produced to a party with the legend
12 "CONFIDENTIAL." Stamping the legend "CONFIDENTIAL" on the cover of any multi-page
13 document shall designate all pages of the document as confidential, unless otherwise indicated by
14 the producing party.

15 3. Testimony taken at a deposition, conference, hearing or trial may be
16 designated as confidential by making a  statement to that effect on the record at the deposition or
17 other proceeding. Arrangements shall be made with the court reporter taking and transcribing such
18 proceeding to separately bind such portions of the transcript containing information designated as
19 confidential, and to label such portions appropriately.

20 4. Material designated as confidential under this Order, the information
21 contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in
22 part from material designated as confidential (hereinafter "Confidential Material") shall be used only
23 for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.
24 ///
25 ///
26 ///
27 ///
28 ///

(CASE NO.  2:08-CV-02497-LKK-DAD)            2.

STIPULATION AND ORDER RE: PROTECTIVE ORDER

5. Confidential Material produced pursuant to this Order may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel) and expert witnesses retained by a party.

Dated: July 22, 2009

/s/
RAYMA CHURCH
EMERSON, COREY, SORENSEN,
   CHURCH & YOHMAN
Attorneys for Plaintiff,
HOLLY NAUS

Dated: July 29, 2009

/s/
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/naus2497.protectord

Firmwide:90873852.1 052225.1034

(CASE NO.  2:08-CV-02497-LKK-DAD)          3.

STIPULATION AND ORDER RE: PROTECTIVE ORDER