1  DANIEL J. CRAVENS, Bar No. 207859
   E-Mail: dcravens@littler.com
2  KHATEREH SAGE FAHIMI, Bar No. 252152
   E-Mail: sfahimi@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  5200 North Palm Avenue
   Suite 302
5  Fresno, CA  93704.2225
   Telephone:    559.244.7500
6
7  Attorneys for Defendant
   HENRY SCHEIN, INC.
8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

| HOLLY NAUS, | Case No.  2:08-CV-02497-LKK-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |
| v. | |
| HENRY SCHEIN, INC., | |
| Defendant. | |

           The parties, through their respective counsel, seek to amend the Court-ordered deadline to complete discovery in this matter.  Accordingly, the parties stipulate that:

           1.   On October 21, 2008, Plaintiff Holly Naus filed a civil action United States District Court, Northern District of California. Trial is currently set for November 2, 2009

           2.   Plaintiff alleges, inter alia, gender discrimination and sexual harassment. Defendant denies all such allegations.

           3.   The Court ordered, in consultation with the parties, at the conclusion of a Case Management Conference on April 22, 2009, that the parties complete Discovery on or before January 13, 2009.

           4.   On September 1, 2009 Plaintiff served deposition notices for seven individuals to be taken in November and December. On September 15, 2009 Defendant sent Plaintiff a letter indicating that the Defendant's counsel, Daniel Cravens was unavailable the days the

(NO. 2:08-CV-02497-LKK-DAD)                                          STIPULATION TO EXTEND DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

1  deposition but would provide alternative dates. Over the next few weeks both Plaintiff and Defendant
2  diligently attempted to find dates that worked for both counsel and the noticed individuals.
3          5.      Mr. Cravens, was unavailable the second week of October due to depositions
4  in another case. Plaintiff's counsel, Rayma Church, was unavailable the last two weeks of October
5  based on her notice of unavailability. This pushed the depositions of the seven individuals into
6  November.
7          6.      On October 26, 2009 Defendant's counsel's, Daniel Cravens, father suffered a
8  heart attack and has been hospitalized in critical condition, requiring Mr. Cravens to take two weeks
9  leave. Mr. Cravens' father is expected to be hospitalized for at least another month
10         7.      To compound this issue, Mr. Cravens has a trial scheduled for February 8,
11 2010 in an unrelated matter. The discovery cutoff in this case is December 7, 2009. As such, much of
12 Mr. Cravens time through out November and early December was used to reschedule the depositions
13 he was unable to attend in the February 8, 2010 case.
14         8.      Furthermore, on November 16, 2009 Ms. Church, began trial in an unrelated
15 matter. Ms. Church's trial is currently ongoing and anticipated to last until December 4, 2009, but
16 may continue into the next week. As a result of her trial, Mr. Church has been unavailable since Mr.
17 Cravens' return.
18         9.      Due to the above issues, the parties have been unable to set the depositions.
19 Furthermore, these issues have also made it impossible for the parties to meet and confer properly on
20 many of the outstanding discovery issues.
21         10.     The parties agree that provided an extension they will be able to resolve many,
22 if not all, of the out standing discovery issues.  The parties further agree that it will be impossible to
23 complete the remaining depositions prior to January 13, 2010 and hereby stipulate to and request that:
24              a.  The last day hear Motions to compel discovery be moved to March 15,
25                 2010
26              b.  The last day to file and serve brief statements re motions be moved to
27                 March 31, 2010
28              c.  The discovery cut -off be moved to April 13, 2010

(NO. 2:08-CV-02497-LKK-DAD)                 2.
STIPULATION TO EXTEND DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com

          d.    The last day to hear law and motion matters be moved to April 30, 2010

      11.    The Parties agree that the remainder of the Court ordered deadlines may remain as previously ordered but also agree to changes in subsequent deadlines the court may deem necessary.

Respectfully submitted,

Dated: November 30, 2009

/s/
RAYMA J. CHURCH, ESQ.
EMERSON, COREY, SORENSEN,
 CHURCH & YOHMAN
Attorneys for Plaintiff
ROWENA CURIEL

Dated: November 30, 2009

/s/
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 8, 2009

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:93050251.1 052225.1034

(NO. 2:08-CV-02497-LKK-DAD)      3.

STIPULATION TO EXTEND DISCOVERY CUT-OFF

PDF created with pdfFactory trial version www.pdffactory.com