Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Plaintiff, HOLLY NAUS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY NAUS,<br><br>            Plaintiff,<br>    vs.<br><br>HENRY SCHEIN, INC.<br><br>            Defendant. | Case No.: 2:08-CV-02497-LKK-DAD<br><br>**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE DATE AND ORDER**<br><br>TRIAL: November 2, 2010<br>COMPLAINT FILED:  October 21, 2008 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Mandatory Settlement Conference date of August 5, 2010 is continued to September 23, 2010 at 10:00 a.m. before the Honorable Edmund F. Brennan, Magistrate Judge.

DATED: July 9, 2010           LITTLER MENDELSON

                              By  /s/ Daniel Cravens
                                  Daniel Cravens
                                  Attorneys for Defendant,
                                  Henry Schein, Inc.

DATED: July 9, 2010           EMERSON, COREY, SORENSEN,
                                  CHURCH & LIBKE

                              By  /s/ Rayma Church
                                  Rayma Church
                                  Attorneys for Plaintiff,
                                  Holly Naus

ORDER

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore, IT IS ORDERED that the Mandatory Settlement Conference date of August 5, 2010 is continued to September 23, 2010 at 10:00 a.m. before the Honorable Edmund F. Brennan, Magistrate Judge.

Further, pursuant to the request of the parties and good cause appearing, the hearing on the parties' motions in limine, currently set before the Honorable Lawrence K. Karlton on August 9, 2010, is CONTINUED to October 25, 2010 at 10:00 a.m. in Courtroom No. 4. The motions shall be filed and briefed in accordance with Local Rule 230.

DATED: July 14, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE