UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOLLY NAUS,

          NO. CIV. S-08-2497 LKK/DAD

    Plaintiff,

 v.                          O R D E R

HENRY SCHEIN, INC.,

    Defendant.

_____/

    On June 18, 2010, this court issued a tentative pretrial order in the above-captioned matter. (Dkt. No. 36). In accordance with the procedures set forth in that order, defendant has filed objections seeking two modifications of the order. (Dkt. No. 37). Defendant seeks to replace its prior exhibit list with an amended list, which lists no new exhibits but corrects various citations and removes demonstrative exhibits that did not need to be listed. Defendant also seeks to replace the statement of undisputed facts with an amended statement, which re-orders some facts and corrects minor errors. Plaintiff has not objected to the proposed

1

1 | replacement, and the time for filing of such objections has passed.
2 |     The court grants both of the above requests.  The court
3 | further amends the pre-trial order to reflect the stipulated
4 | continuance of the settlement conference and date for hearing
5 | motions in limine, as explained by the order filed July 14, 2010.
6 |     The court will separately issue a final pretrial order
7 | reflecting these changes.
8 |     IT IS SO ORDERED.
9 |     DATED:  July 26, 2010.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2