IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOLLY NAUS,

        Plaintiff,                     No. CIV S-08-2497 LKK KJN

    vs.

HENRY SCHEIN, INC.,             <u>ORDER RE SETTLEMENT & DISPOSITION</u>

        Defendant.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on September 23, 2010, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than twenty (20) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////
////
////
////
////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4    IT IS SO ORDERED.
5    DATED: September 24, 2010.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE