1  Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Plaintiff, HOLLY NAUS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY NAUS,<br><br>             Plaintiff,<br>    vs.<br><br>HENRY SCHEIN, INC.<br><br>             Defendant. | Case No.:  2:08-CV-02497-LKK-DAD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>TRIAL:  November 2, 2010<br>COMPLAINT FILED:   October 21, 2008 |

Pursuant to the Stipulation for Dismissal with Prejudice by the parties:

IT IS SO ORDERED that this matter is dismissed, with prejudice.

DATED:  November 3, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT